UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PROFESSIONAL FIGHTERS LEAGUE,
LLC,

                                   Plaintiff,                            24 Civ. No. 1335 (VEC) (GS)

                    -against-                             **PRE-SETTLEMENT
                                                                         CONFERENCE ORDER**

TAKEOVER INDUSTRIES, INC., *also
known as NXT LVL,*

                                  Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Friday, June 21, 2024 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 417 832 223#.**

       SO ORDERED.

DATED:    New York, New York
                    June 6, 2024

                                                                    _____
                                                                    The Honorable Gary Stein
                                                                    United States Magistrate Judge