**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

PROFESSIONAL FIGHTERS LEAGUE,
LLC,

                          Plaintiff,                    **24 Civ. No. 1335 (GS)**

          -against-                                     **ORDER**

TAKEOVER INDUSTRIES, INC. *also*
*known as* NXT LVL

                          Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

    As discussed at the parties' July 16, 2024 Settlement Conference before the undersigned,

the deadline for Plaintiff to submit its opposition to Defendant's motion to dismiss is hereby

extended to **September 16, 2024**.  Defendant shall submit its reply, if any, by **October 2, 2024**.

The Court allows these extensions so that the parties may continue their settlement efforts.

    **SO ORDERED.**

DATED:    July 25, 2024
          New York, New York

                                              _____
                                              The Honorable Gary Stein
                                              United States Magistrate Judge