UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PROFESSIONAL FIGHTERS LEAGUE,
LLC,

                              Plaintiff,

          -against-

TAKEOVER INDUSTRIES, INC.,

                            Defendant.
------------------------------------------------------------------X

**24 Civ. No. 1335 (GS)**

**<u>VIDEO STATUS CONFERENCE ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Tuesday, July 8, 2025 at 2:00 p.m.** Counsel are directed to submit a joint status letter no later than **Monday, June 30, 2025** advising the court as to the status of this matter. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>. **Meeting ID: [287 021 093 596 6]  Passcode: [7JC3Bs7q]**

      **SO ORDERED.**

DATED:    New York, New York
                May 20, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge