**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

PROFESSIONAL FIGHTERS LEAGUE, LLC,

Plaintiff,

-against-

TAKEOVER INDUSTRIES, INC.,

Defendant.

----------------------------------------------------------------X

**24 Civ. No. 1335 (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for a Video Status Conference on **Wednesday, August 12, 2026 at 2:00 p.m.** The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [231 738 686 702 765] Passcode: [2mM6s82y].**

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

The Honorable Gary Stein
United States Magistrate Judge